IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLETE REO HART,

      Plaintiff,                            No. CIV S-05-1668 FCD DAD P

      vs.

TRUST ACCOUNT OFFICE ACCOUNTING, et al.,

      Defendants.                         ORDER

/

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the required filing fee of $250.00 or filed an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be granted thirty days to pay the filing fee or submit an application to proceed in forma pauperis.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff shall submit, within thirty days from the date of this order, the $250.00 filing fee or a properly completed application to proceed in forma pauperis; any application to proceed in forma pauperis shall be submitted either on the form provided with this order or a form that provides all required information; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice; and

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: August 31, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
hart1668.3a

2